UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN SAUL CASILLAS,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:19-cr-00224

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a single count Indictment. The Indictment charges him with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (e).

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on September16, 2019, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of proving by clear and convincing evidence that defendant poses a danger to the

community.  The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on September 16, 2019.

Date September 16, 2019 /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge